IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *CG* D.C.
05 MAY -6 AM 8:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| vs. | X | No. 97-20126-M1 |
| RONALD DAVIS WRIGHT, | X | |
| Defendant. | X | |

ORDER CORRECTING THE DOCKET
AND
ORDER DIRECTING CLERK TO TRANSMIT DECEMBER 28, 2004, ORDER
TO DEFENDANT

Ronald Davis Wright, Bureau of Prisons ("BOP") inmate registration number 11109-074, an inmate at the United States Penitentiary in Beaumont, Texas ("USP-Beaumont"), filed a document in his closed criminal case, styled "Writ, Motion, and Notice for a Multi-Action Writ, Motion, and Notice for the Immediate Calculation of Presentence Jail Time Credit Pursuant to Sentencing Reform Act of 1984, Title 18 USCS § 3585, Title 18 USCS § 3143(a)(1)(2) and the Writ of Error Coram Nobis Pursuant to the Immediate Compellance of Federal Agenis [sic], Agency, or Employees to Perform Duty Owed Defendant by way of Writ of Mandamus," on December 16, 2003. The Court issued an order denying that motion on December 28, 2004. The Defendant's copy of that order was returned as undeliverable by the post office on January 12, 2005. According to the BOP website, the proper address for sending mail to USP-Beaumont is P.O. Box 26030, Beaumont, TX 77720. The Clerk is ORDERED to correct the docket to

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-6-05

(54)

reflect the Defendant's correct mailing address and to transmit a copy of the December 28, 2004, order to the Defendant at his correct mailing address.

       IT IS SO ORDERED this \_\_5\_\_ day of May, 2005.

                                     */s/ Jon P. McCalla*
                                     JON PHIPPS McCALLA
                                     UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:97-CR-20126 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ronald Wright
USP-BEAUMONT
11109-074
P.O. Box 26030
Beaumont, TX 77720

Honorable Jon McCalla
US DISTRICT COURT