# UNITED STATES DISTRICT COURT

for

# WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 DEC 16 AM 8:37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Ronald Wright                              Docket No. **2:97CR20126-001**

### Petition on Probation and Supervised Release

**COMES NOW** Lorin J. Smith, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Ronald Wright, who was placed on supervision by the Honorable John Phipps McCalla sitting in the Court at Memphis, Tennessee on the 8th day of January, 1998, who fixed the period of supervision at three (3) years with the following special conditions:

1.) The defendant shall submit to drug testing and drug treatment as directed by the Probation Office.

2.) The defendant shall undergo mental health treatment and counseling.

3.) The defendant shall seek and maintain employment.

*Supervision began September 19, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** that a **SUMMONS** be issued for Ronald Wright to appear before the Court to determine whether special conditions requiring Mr. Wright to: 1) participate in sex offender treatment and testing, and 2) cooperate with DNA collection as directed by the United States Probation Office be added to his conditions of supervised release.

| **ORDER OF COURT** | **Respectfully,** |
|---|---|
| Considered and ordered this _5_ day of _Dec_, 20 _05_, and ordered filed and made a part of the records in the above case.<br><br>_[signature]_<br>United States District Judge | _[signature]_<br>Lorin J. Smith<br>U.S. Probation Officer<br><br>**Place:** Memphis, Tennessee<br><br>**Date:** December 5, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-16-05

(59)

**RE:** **Ronald Wright**
     **Docket No: 2:97CR20126-001**
     **Probation Form 12**
     **Page 2**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 8, 1998, Mr. Wright was sentenced to eighty seven (87) months by Your Honor for Threats Against the President; Mailing Threatening Communication.

As stated in paragraphs 44 and 49 of Mr. Wright's presentence report Mr. Wright has two (2) sexual offenses in his criminal history. He was convicted October 15, 1983 for Burglary/First Degree with intent to Rape in Shelby County Criminal Court and on March 23, 1996 Mr. Wright was convicted of Sexual Battery in Shelby County Criminal Court.

In addition to the above mentioned criminal convictions, Mr. Wright was cited for infractions of a sexual nature during his most recent term of incarceration with the Bureau of Prisons. They are as follows:

1. On November 13, 2002, an incident report was filed stating that Mr. Wright Assaulted Without Serious Injury, Engaging in Sexual Act and Making Sexual Proposal or Threat to Another. The incident report stat that Mr. Wright walked up behind a female prison guard and pressed his entire front side of his body against her back and with his right hand cupped and squeezed her buttocks. On December 6, 2002 Mr. Wright admitted to the incident and was disciplined by: 1) Disallowing twenty-seven (27) days of good time, 2) thirty (30) days disciplinary segregation, 3) one hundred and eighty (180) days loss of commissary, phone and visiting privileges.

2. On May 27, 2003, an incident report was filed regarding Mr. Wright stating that he had made a sexual proposal and threat to his case manager. On May 30, 2005 Mr. Wright admitted to the incident and was disciplined by: 1) moving his quarters to prevent contact with the case manager, 2) thirty (30) days disciplinary segregation, 3) one (1) year loss of commissary, phone and visiting privileges.

3. On August 24, 2004, a incident report was filed stating that Mr. Wright had engaged in a sexual act wherein Mr. Wright, after being treated by a female doctor, began masturbating in her presence while looking at her. On May 19, 2004 Mr. Wright was disciplined for this incident by: 1) 15 days disciplinary segregation and 2) one hundred and eighty (180) days loss of commissary privilege.

Given Mr. Wright's history of sexual offenses, a special condition requiring participation in a sexual offender treatment program would allow this office to better monitor for any risk to the community.

The defendant has declined to sign a Probation Form 49, Waiver of Hearing for Modification of Special Conditions.

The Justice for All Act of 2004, Public Law 108-0405 (October 30, 2004), section 203 amends 42 U.S.C. § 14135a(d)(1) and 10 U.S.C. 1565(d) to expand the list of qualifying federal and military offences that trigger the collection of a DNA sample from federal and military offenders.

As a result of the Justice for All ACT of 2004, Mr. Wright is required to submit to the collection of a DNA sample.

**RE:**  **Ronald Wright**
**Docket No: 2:97CR20126-001**
**Probation Form 12**
**Page 3**

The United States Probation Office recommends the following special conditions:

1) The defendant shall participate as directed in a sex offender treatment program, approved by the probation officer. The defendant shall abide by the rules, requirements, and conditions of the treatment program, which may include submitting to polygraph or plethysmograph testing, to aid in the treatment and supervision process. Accommodations by the United States Probation Officer in regards to the defendants work schedule are to be considered. If a satisfactory agreement is not reached it is to be brought before the court.

2) The defendant shall cooperate with DNA collection as directed by the United States Probation Office.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:97-CR-20126 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT